# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMY EDMONSTON, *individually and on behalf of all others similarly situated* <br> 36 W 5th Street <br> Alburtis, PA 18011 <br><br> Plaintiff, <br><br> v. <br><br> FAIRWAY INDEPENDENT MORTGAGE CORPORATION <br> 4750 South Biltmore Lane <br> Madison, WI 53718 <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL NO. 22-1794 |

## **PLAINTIFF'S MOTION TO TRANSFER VENUE**

Plaintiff Amy Edmonston, by and through her undersigned counsel, respectfully moves this Court, pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 1406(a), to transfer Plaintiff's claims to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**Murphy Law Group, LLC**

By: <u>*/s/ Jake Daniel Novelli, Esq.*</u>
Jake Daniel Novelli, Esq.
Michael Murphy, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19013
TEL: 267-273-1054
FAX: 215-525-0210
jnovelli@phillyemploymentlawyer.com
murphy@phillyemploymentlawyer.com
*Attorney for Plaintiff*

Dated: November 15, 2022