# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY EDMONSTON, *individually and on behalf of all others similarly situated*, 36 W 5th Street Alburtis, PA 18011<br><br>Plaintiff,<br><br>v.<br><br>FAIRWAY INDEPENDENT MORTGAGE CORPORATION, 4750 South Biltmore Lane Madison, WI 53718,<br><br>Defendant. | Civil Action<br><br>No. 22-04574-JMG |

## JOINT STIPULATION FOR ARBITRATION AND TO STAY PROCEEDINGS PENDING ARBITRATION

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Amy Edmonston ("Plaintiff") and Defendant Fairway Independent Mortgage Corporation ("Defendant") (Plaintiff and Defendants are collectively referred to as the "Parties"), by and through their undersigned counsel, that this action be stayed pending arbitration pursuant to a binding arbitration agreement between the Parties. The Parties further agree that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1. **WHEREAS**, on November 9, 2022, Plaintiff filed a Complaint in the United States District Court for the Middle District of Pennsylvania (the "Complaint");

2. **WHEREAS**, upon Plaintiff's Motion to Transfer Venue, on November 16, 2022, the United States District Court for the Middle District of Pennsylvania ordered the Complaint transferred to the United States District Court for the Eastern District of Pennsylvania;

3.     **WHEREAS**, the Parties entered into a Mutual Arbitration Agreement ("Agreement");

4.     **WHEREAS**, the Parties agree the Agreement is valid, enforceable, and requires Plaintiff to pursue her claims against Defendant through binding arbitration;

5.     **WHEREAS**, the Parties agree to arbitrate Plaintiff's claims pursuant to the Agreement's terms;

6.     **WHEREAS**, the Parties respectfully request that this action be stayed pending the outcome of the arbitration.

**NOW, THEREFORE,** Plaintiff and Defendant **AGREE AND HEREBY STIPULATE** for an Order **STAYING** this action pending the outcome of the arbitration.

Respectfully submitted,

*/s/ Michael Murphy*
Michael Murphy, Esq.
Murphy Law Group, LLC
1628 John F. Kennedy Blvd.
Suite 1803
Philadelphia, PA 19103
(215) 267-273-1054 (Telephone)

*Attorney for Plaintiff*

Dated: January 13, 2023

*/s/ Brandon R. Sher*
Brandon R. Sher, Esq.
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
1735 Market Street, Suite 3000
Philadelphia, PA 19103
(215) 995-2840 (Telephone)(215) 995-2801 (Facsimile)
brandon.sher@ogletree.com

*Attorneys for Defendant*

Dated: January 13, 2023

**IT IS HEREBY ORDERED** that the Parties must submit a joint status update to the Court no later than Monday, April 1, 2023, and the first of every month thereafter.

| | |
|---|---|
| /s/ John M. Gallagher | January 17, 2023 |
| John M. Gallagher, J. | Date |