IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY EDMONSTON, *individually and on behalf of all others similarly situated*, 36 W 5th Street Alburtis, PA 18011 : : : : : : : : : : : | Civil Action No. 22-04574-JMG |
| Plaintiff, | |
| v. | |
| FAIRWAY INDEPENDENT MORTGAGE CORPORATION, 4750 South Biltmore Lane Madison, WI 53718, | |
| Defendant. | |

**JOINT STATUS UPDATE**

Plaintiff Amy Edmonston ("Plaintiff") and Defendant Fairway Independent Mortgage Corporation ("Defendant") (Plaintiff and Defendants are collectively referred to as the "Parties"), by and through their undersigned counsel, submit this Joint Status Update pursuant to the Court's January 17, 2023 Order:

1. The Honorable Thomas J. Rueter (Ret.) has been appointed as arbitrator for this matter.

2. On March 31, 2023, the Parties held a telephonic scheduling conference with Judge Rueter. Judge Reuter issued the following deadlines in this case:

    a. <u>Discovery</u>: Discovery shall be completed by **September 8, 2023**. The Parties shall exchange information pursuant to JAMS Rule 17 by **April 14, 2023**.

    b. <u>Dispositive Motions</u>: Dispositive motions shall be filed no later than **October 9, 2023**; responses are due on **November 9, 2023**; Reply briefs are due on **November 27, 2023**.

1

   c. <u>Exchange of Information</u>: The parties shall exchange all documents they intend to offer at the hearing, including reports of experts intended to be offered during the hearing, no later than **January 30, 2024**. Counsel for the Parties shall identify all witnesses expected to testify at the hearing no later than **January 30, 2024**.

   d. <u>Pretrial conference</u>: The pretrial conference will be held on **January 30, 2024** beginning at 9:00 AM.

   e. <u>Prehearing briefs and motions</u>. Prehearing briefs and motions *in limine* shall be filed no later than **February 9, 2024**.

   f. <u>Trial Exhibits</u>: Trial exhibit lists and pre-marked exhibits shall be submitted no later than **February 9, 2024**. Objections to exhibits shall be submitted no later than **February 16, 2024**.

   g. <u>Hearing</u>. Hearing shall be conducted beginning on **February 26, 2024**. The Hearing is estimated to last no more than 3 days.

3. The Parties will provide a further status report by May 1, 2023.

| | |
|---|---|
| */s/ Jake Daniel Novelli, Esq.* | */s/ Brandon R. Sher* |
| Jake Daniel Novelli, Esq. | Brandon R. Sher, Esq. |
| Michael Murphy, Esq. | OGLETREE, DEAKINS, NASH, |
| Murphy Law Group, LLC | SMOAK & STEWART, P.C. |
| 1628 John F Kennedy Blvd, Suite 2000 | 1735 Market Street, Suite 3000 |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| (267) 273-1054 (Telephone) | (215) 995-2840 (Telephone) |
| (215) 525-0210 (Facsimile) | (215) 995-2801 (Facsimile) |
| jnovelli@phillyemploymentlawyer.com | brandon.sher@ogletree.com |
| murphy@phillyemploymentlawyer.com | |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| | |
| Dated: April 10, 2023 | Dated: April 10, 2023 |